1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Zyprexa Products Liability Litigation

────────────────────────────────── /

**ORDER STAYING CASES
PENDING DETERMINATION
BY MDL PANEL**

Numerous actions involving Zyprexa products liability have been filed in this Court. A
transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-
1596. Until that determination is made, all of the following cases are **STAYED** and, accordingly,
any deadlines or pretrial conferences in these cases are **VACATED**:

C05-04830 WHA
C05-04895 WHA
C05-05012 WHA
C05-05013 WHA
C05-05077 WHA
C05-05092 WHA
C06-00036 WHA
C06-00041 WHA
C06-00252 WHA
C06-00565 WHA
C06-00583 WHA
C06-00584 WHA
C06-00598 WHA
C06-00663 WHA
C06-00900 WHA
C06-00958 WHA
C06-00961 WHA
C06-00969 WHA
C06-01024 WHA
C06-01033 WHA
C06-01040 WHA
C06-01043 WHA
C06-01053 WHA

**United States District Court**

For the Northern District of California

1   C06-01056 WHA
    C06-01077 WHA
2   C06-01085 WHA
    C06-01093 WHA
3   C06-01110 WHA
    C06-01116 WHA
4   C06-01117 WHA
    C06-01123 WHA
5   C06-01126 WHA
    C06-01128 WHA
6   C06-01129 WHA
    C06-01131 WHA
7   C06-01155 WHA
    C06-01242 WHA
8   C06-01246 WHA
    C06-01263 WHA
9   C06-01273 WHA
    C06-01284 WHA
10  C06-01287 WHA
    C06-01339 WHA
11  C06-01340 WHA
    C06-01406 WHA
12  C06-01489 WHA
    C06-01532 WHA
13

14

15      **IT IS SO ORDERED.**

16

17  Dated:  February 28, 2006.

18                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

2